MICHAEL C. GHIZZONI, COUNTY COUNSEL
MARY PAT BARRY, SR. DEPUTY (Bar No. 148354)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA  93101
(805) 568-2950  /  FAX: (805) 568-2982
E-mail: mpbarry@co.santa-barbara.ca.us

Attorneys for Defendants
COUNTY OF SANTA BARBARA,
BERNARD MELEKIAN, and
SHERIFF BILL BROWN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDALENE GRIFFIN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA BARBARA, BERNARD MELEKIAN, SHERIFF BILL BROWN, and DOES 1-25,<br><br>Defendants. | Case No: 2:18-cv-8593<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants COUNTY OF SANTA BARBARA, BERNARD MELEKIAN, and SHERIFF BILL BROWN (collectively "Defendants") hereby remove to this Court the state court action described below.

1. On August 31, 2018, an action was commenced in the Superior Court of the State of California in and for the County of Santa Barbara as case number 18CV04317 by the filing of a Complaint entitled as follows:

//

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

MAGDALENE GRIFFIN, Plaintiff,

v.

COUNTY OF SANTA BARBARA, BERNARD MELEKIAN, SHERIFF BILL BROWN, and DOES 1-25, Defendants.

A copy of the Complaint is attached hereto as Exhibit "A."

2. The first date upon which Defendants were served with a Summons and copy of the above-described Complaint was September 5, 2018. Copies of the Summonses are attached hereto as Exhibit "B."

3. Under 28 U.S.C. § 1331, this Court has original jurisdiction of all civil actions arising under the Constitution or laws of the United States. This action is a civil action arising under the Fourth and Fourteenth Amendments of the United States Constitution and is brought under 42 U.S.C. § 1983. *See* Exhibit "A," ¶¶ 29-44. This action also includes a claim brought under 42 U.S.C. § 12132 (the Americans with Disabilities Act). *See* Exhibit "A," ¶¶ 45-47.

This Court, therefore, has original jurisdiction of this civil action under 28 U.S.C. § 1331. Because this Court has original jurisdiction, this civil action may be removed to this Court by County Defendants pursuant to the provisions of 28 U.S.C. § 1441(a).

Dated: October 5, 2018          MICHAEL C. GHIZZONI
                                COUNTY COUNSEL


                                By: /S/ - Mary Pat Barry
                                    Mary Pat Barry
                                    Senior Deputy County Counsel
                                Attorneys for Defendants,
                                COUNTY OF SANTA BARBARA,
                                BERNARD MELEKIAN, and
                                SHERIFF BILL BROWN

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)

2.

## PROOF OF SERVICE
### STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA

I am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 105 East Anapamu Street, Santa Barbara, California.

October 5, 2018, I served a true copy of the within **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION)** on the Interested Parties in this action by:

☒    by mail.  I am familiar with the practice of the Office of Santa Barbara County Counsel for the collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with the ordinary course of business, the above mentioned document would have been deposited with the United States Postal Service, after having been deposited and processed for postage with the County of Santa Barbara Central Mail Room.

> Thomas N. Griffin
> THE GRUNSKY LAW FIRM, P.C.
> 240 Westgate Drive
> Watsonville, CA 95076

☐    by electronic transmission via CM/ECF to the persons indicated below:

☐    by depositing it in the United States Mail in a sealed envelope with postage thereon fully prepaid to the following:

☐    (State)    I declare, under penalty of perjury, that the above is true and correct.

☒    (Federal)    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on October 5, 2018, at Santa Barbara, California.

> /s/ - D'Ann Sjovold
> D'Ann Sjovold

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)
3.